# In The United States Court of Federal Claims

No. 10-51C

(Filed: June 14, 2010)
_____

NORMANDY APARTMENTS, LTD.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**
_____

      On June 7, 2010, plaintiff filed a motion for leave to file a sur-reply to defendant's motion to dismiss.  Plaintiff avers that a sur-reply is necessary because defendant's reply brief raises new issues and mis-characterizes plaintiff's arguments.  However, it appears that defendant's reply brief merely responds to arguments raised by plaintiff in its response.  Accordingly, plaintiff's motion is hereby **DENIED**.

    **IT IS SO ORDERED.**

 

                                                                         s/ Francis M. Allegra
                                                                         Francis M. Allegra
                                                                          Judge