# In The United States Court of Federal Claims

No. 10-51C

(Filed:  May 18, 2011)

_____

NORMANDY APARTMENTS, LTD.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On September 8, 2010, oral argument on defendant's motion to dismiss was held in this case.  During oral argument, the court asked defendant to provide a complete copy of the 2004 Housing Assistance Payments renewal contract, inclusive of footnote 4.  A complete copy has not been received.  Accordingly, on or before June 1, 2011, defendant shall file a complete copy with the court.

**IT IS SO ORDERED.**

          s/ Francis M. Allegra
          Francis M. Allegra
          Judge