# In The United States Court of Federal Claims

No. 10-51C

(Filed:  March 27, 2012)

_____

NORMANDY APARTMENTS, LTD.,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

    Oral argument on defendant's motion to dismiss will be held in this case on Friday, May 4, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled argument time.

    **IT IS SO ORDERED.**

 

                                        s/ Francis M. Allegra  
                                        Francis M. Allegra  
                                        Judge