# In The United States Court of Federal Claims

No. 10-51C

(Filed: January 7, 2013)

_____

NORMANDY APARTMENTS, LTD.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Eric G. Bruggink, it is **ORDERED** that this civil action shall be transferred to Judge Eric G. Bruggink. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge